# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00822-CR

**Bobbie Gutierrez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. CR-13-0901, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bobbie Gutierrez has filed a motion to dismiss her appeal, which is signed by appellant and her counsel in compliance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed: April 19, 2016

Do Not Publish